FILED
2009 AUG 21  PM 1:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. C CALIF.
LOS ANGELES
BY _____

GEOFFREY McCABE
6104 Glen Oak
Hollywood, California 90068
Telephone: 323-464-1895; Cell: 323-819-0100
Email: merkaba22@sbcglobal.net

*Plaintiff and Counterdefendant in Pro Per*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY MCCABE, individual residing in California,<br><br>Plaintiff and Counterdefendant, Pro se<br><br>vs.<br><br>FLOYD ROSE MARKETING INC., a Washington corporation, HIPSHOT PRODUCTS, INC, a New York corporation<br><br>Defendant and Counterclaimant. | CASE NO. 09-CV-00253-RGK – (Ex)<br>Notice of<br><br>**COUNTERDEFENDANT'S MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMANT HIPSHOT PRODUCT'S INC.'S COUNTERCLAIMS**<br><br>Assigned to<br>Hon. R Gary Klausner,<br>Courtroom 850<br>HEARING DATE; September 14, 2009<br>HEARING TIME; 9:00 AM<br>PLACE; 255 East Temple Street<br>Los Angeles CA 90012 |

///
///
///
///
///
///

1  ///

## TO THE COURT AND ALL PARTIES AND
## TO THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 14, 2009, at 9:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court at Plaintiff and Counter Defendant Geoffrey McCabe, PRO SE, will move this court to dismiss Defendant And Counterclaimant Hipshot Product's Inc.'s Counterclaims pursuant to Federal Rule Civil Procedure 12 (c).

This motion is based upon the attached Memorandum Of Points And Authorities To Support Counterdefendant's Motion To Dismiss Defendant And Counterclaimant Hipshot Product's Inc.'s Counterclaims, the complete files and records in this actions, and upon such oral and documentary evidence as be allowed at the hearing of this motion.

Dated: August 21, 2009

6104 Glen Oak
Hollywood, CA 90068

Pro Se
Geoffrey McCabe

By: /s/ Geoffrey McCabe
Plaintiff/Counterdefendant Geoffrey McCabe