# Updated Fender Knife Edge Tremolo
# With 2.22" rider post spacing



# EXHIBIT D

# Hipshot Prior Art '841 Recitiation



# EXHIBIT E

# '841
# Shows alternate string anchoring provision and structure



FIG. 11

# EXHIBIT F

U.S. Patent          Jan. 16, 2001          Sheet 6 of 12          US 6,175,066 B1



