| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| GEOFFREY McCABE<br>6104 Glen Oak, Hollywood, California 90068<br>Telephone: 323-464-1895; merkaba22@sbcglobal.net<br>Plaintiff and Counterdefendant in Pro Per | FILED<br><br>2009 AUG 21  PM 1:16<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. O. CALIF.<br>LOS ANGELES<br><br>BY_____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY MCCABE, individual residing in California,<br>Plaintiff and Counterdefendant, Pro se    PLAINTIFF(S),<br>v.<br>FLOYD ROSE MARKETING INC., a WA corporation, HIPSHOT PRODUCTS, INC, a New York corporation<br>Defendant and Counterclaimant.    DEFENDANT(S). | CASE NUMBER<br><br>09-CV-00253-RGK – (Ex)<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles_____, State of California, and not a party to the above-entitled cause. On _August 21_____, 20_09____, I served a true copy of _Motion To Dismiss Defendant And Counterclaimant Hipshot Product's Inc.'s Counterclaims & Notice of Motion_ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _Hipshot Products 82¾ RtE 9C Int Lake, NY 1414_
Executed on _August 21`_____, 20_09_____ at _Hollywood_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____       _____
*Signature*      *Party Served*

CV-40 (01/00)      PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE