# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Gary Klausner__

From: __Yvette Louis__, Deputy Clerk   Date Received: __8/21/09__

Case No.: __CV-09-00253-RGK__ Case Title: __McCabe -v- Floyd Rose, et al__

Document Entitled: __Memorandum of Points and Authorities to Support Counter defendant's Motion to Dismiss__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☒ Local Rule 11-6      Memorandum/brief exceeds 20 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☐ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__8/27/09__                   __Gary Klausner__
Date                          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.



```
                                                    FILED
GEOFFREY McCABE
6104 Glen Oak                                  2009 AUG 21 PM 1:13
Hollywood, California 90068
Telephone: 323-464-1895; Cell: 323-819-0100   CLERK U.S. DISTRICT COURT
Email: merkaba22@sbcglobal.net                 CENTRAL DIST. O. CALIF.
                                                    LOS ANGELES
                                              BY_____
```

*Plaintiff and Counterdefendant in Pro Per*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY MCCABE, individual residing in California,<br><br>Plaintiff and Counterdefendant, Pro se<br><br>vs.<br><br>FLOYD ROSE MARKETING INC., a Washington corporation, HIPSHOT PRODUCTS, INC, a New York corporation<br><br>Defendant and Counterclaimant. | CASE NO. 09-CV-00253-RGK – (Ex)<br>Motion to Dismiss.<br>MEMORANDUM OF POINTS AND AUTHORITIES TO SUPPORT COUNTERDEFENDANT'S MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMANT HIPSHOT PRODUCT'S INC.'S COUNTERCLAIMS<br><br>Assigned to<br>Hon. R Gary Klausner,<br>Courtroom 850<br>HEARING DATE; September 14, 2009<br>HEARING TIME; 9:00 AM<br>PLACE; 255 East Temple Street<br>Los Angeles CA 90012 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /