GAIMS, WEIL, WEST & EPSTEIN, LLP
MARC EPSTEIN (SBN 61062)
1875 Century Park East, 12th Floor
Los Angeles, California 90067-2513
Telephone: 310-407-4520; Fax: 310-277-2133
Email: epstein@gwwe.com

SAUL EPSTEIN (SBN 52355)
14558 Deervale Place
Los Angeles, California 91403
Telephone: 818-789-5346; Fax: 818-990-3603
Email: S.Epstein@earthlink.net

*Attorneys for Defendant and Counterclaimant
Hipshot Products, Inc.*

GEOFFREY McCABE
6104 Glen Oak
Hollywood, California 90068
Telephone: 323-464-1895; Fax: 323-819-0100
Email: merkaba22@sbcglobal.net

*Plaintiff and Counterdefendant in Pro Per*

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY McCABE,<br><br>Plaintiff,<br>v.<br><br>FLOYD ROSE MARKETING, INC., a Washington corporation, HIPSHOT PRODUCTS, INC., a New York corporation,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 2:09-CV-00253-RGK (Ex)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCivP 41(a)(1)(A)(ii)**<br><br>**[Assigned to Hon. R. Gary Klausner, Courtroom 850]** |

STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Geoffrey McCabe and Defendant and Counterclaimant Hipshot Products, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

1. The entire action filed by Plaintiff and Counterdefendant Geoffrey McCabe, including all claims for relief stated in the Complaint, shall be dismissed with prejudice.

2. The entire Counterclaim filed by Defendant and Counterclaimant Hipshot Products, Inc., including all claims for relief stated therein, shall be dismissed with prejudice.

3. All parties shall bear their own attorneys' fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this dismissal may be entered without order of the Court.

Defendant Floyd Rose Marketing, Inc., was dismissed previously.

Dated: October 02, 2009

By: _____
Geoffrey McCabe
*Plaintiff and Counterdefendant Geoffrey McCabe*

Dated: October ___, 2009

GAIMS, WEIL, WEST & EPSTEIN, LLP
MARC EPSTEIN

SAUL EPSTEIN

By:_____
Marc Epstein
*Attorneys for Defendant and Counterclaimant Hipshot Products, Inc.*

1

STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Geoffrey McCabe and Defendant and Counterclaimant Hipshot Products, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

1. The entire action filed by Plaintiff and Counterdefendant Geoffrey McCabe, including all claims for relief stated in the Complaint, shall be dismissed with prejudice.

2. The entire Counterclaim filed by Defendant and Counterclaimant Hipshot Products, Inc., including all claims for relief stated therein, shall be dismissed with prejudice.

3. All parties shall bear their own attorneys' fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this dismissal may be entered without order of the Court.

Defendant Floyd Rose Marketing, Inc., was dismissed previously.

Dated: October 02, 2009

By: _____
Geoffrey McCabe
*Plaintiff and Counterdefendant Geoffrey McCabe*

Dated: October 3, 2009

GAIMS, WEIL, WEST & EPSTEIN, LLP
MARC EPSTEIN

SAUL EPSTEIN

By: _____
Marc Epstein
*Attorneys for Defendant and Counterclaimant Hipshot Products, Inc.*

1

STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)